**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 368 MAL 2019

         Respondent                     :

                                        :    Petition for Allowance of Appeal

                                        :    from the Order of the Superior Court

           v.                            :

                                        :

RANDAL L. LOVE,                          :

              :

         Petitioner                   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.